IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02671-BNB
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

RAMON L. FISHER,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS AND STATE EMPLOYEES OR
    CONTRACT WORKERS, Names Listed in Caption Below,
SAN CARLOS CORRECTIONS,
CENTENNIAL CORRECTIONS,
COLORADO STATE PRISON,
STERLING CORRECTIONS, and
DENVER DIAGNOSTIC UNIT,

    Defendants.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

On September 29, 2014, Plaintiff submitted a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the documents are deficient as described in this Order. Plaintiff will be directed to cure the following if he wishes to pursue any claims in this Court in this action. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)   __   is not submitted
(2)   __   is missing affidavit
(3)   __   copy of prisoner's trust fund statement submitted is not for the **6-month period immediately preceding** this filing
(4)   __   trust fund account statement is missing certification by authorized prison

|       |     | official |
|-------|-----|----------|
| (5)   | __  | is missing required financial information |
| (6)   | X   | is missing authorization to calculate and disburse filing fee payments |
| (7)   | X   | is missing an original signature by the prisoner (missing signature page) |
| (8)   | __  | is not on proper form |
| (9)   | __  | names in caption do not match names in caption of complaint, petition or habeas application |
| (10)  | __  | other: |

**Complaint, Petition or Application**:
- (11) __ is not submitted
- (12) __ is not on proper form
- (13) __ is missing an original signature by the prisoner
- (14) __ is missing page nos. __
- (15) __ uses et al. instead of listing all parties in caption
- (16) __ names in caption do not match names in text
- (17) __ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
- (18) __ other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.  It is

FURTHER ORDERED that Plaintiff shall obtain the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form (revised 10/1/12) (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED September 29, 2014, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge