IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02671-GPG

RAMON L. FISHER,

    Plaintiff,
v.

COLORADO DEPARTMENT OF CORRECTIONS AND STATES EMPLOYEES OR
    CONTRACT WORKERS,
SAN CARLOS CORRECTIONS,
CENTENNIAL CORRECTIONS,
COLORADO STATE PRISON,
STERLING CORRECTIONS, and
DENVER DIAGNOSTIC UNIT,

    Defendants.

---

ORDER OF DISMISSAL

---

    Plaintiff Ramon L. Fisher is in the custody of the Colorado Department of Corrections (DOC) and currently is incarcerated at the Colorado State Penitentiary in Cañon City, Colorado. Plaintiff initiated this action by filing *pro se* a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.

    On September 29, 2014, Magistrate Judge Boyd N. Boland entered an order and directed Plaintiff to cure certain deficiencies in the filings. Specifically, Magistrate Judge Boland directed Plaintiff to sign the § 1915 Motion and Affidavit form and to submit his authorization for the DOC to calculate and disburse filing fee payments from his inmate account, Page 3 of the form. Magistrate Judge Boland warned Plaintiff that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty

days.

Rather than cure the deficiencies, Plaintiff submitted a filing titled, "Emergency Complaint" and a second certified inmate account statement. Plaintiff then submitted a Letter asking that the Court assist him in being released from administrative segregation and having his shower shoes and ear buds returned to him. Magistrate Judge Boland entered a Minute Order on October 14, 2014, stating that Plaintiff will have one last opportunity to comply with the September 29 Order. The Clerk of the Court was directed to send a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 Court-approved form to Plaintiff; and Plaintiff was directed to complete Pages 1-3 of the form and return the completed pages to the Court within thirty days.

Because Plaintiff now has failed to comply with the September 29, 2014 Order, within the time allowed, the action will be dismissed without prejudice for failure to cure the deficiencies.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order is not taken in good faith, and, therefore, *in forma pauperis* status is denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal he must also pay the full $505.00 appellate filing fee or file a motion to proceed *in forma pauperis* in the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure the deficiencies and for failure to prosecute. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied. It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this  20th  day of   November  , 2014.

BY THE COURT:


   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court