**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02671-LTB

RAMON L. FISHER,

      Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS AND STATES EMPLOYEES OR
      CONTRACT WORKERS,
SAN CARLOS CORRECTIONS,
CENTENNIAL CORRECTIONS,
COLORADO STATE PRISON,
STERLING CORRECTIONS, and
DENVER DIAGNOSTIC UNIT,

      Defendants.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

      Plaintiff filed a Motion to Cure Deficiencies, ECF No. 13, and a Prisoner's Motion and Affidavit for Leave to proceed Pursuant to 28 U.S.C. § 1915, ECF No. 14, on November 21, 2014.  The Motions are denied as moot.  This action was dismissed on November 20, 2014, for failure to comply with a Court order within the time allowed.

Dated:  December 2, 2014